UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK CASHMAN, and<br>CIRO AIELLO; individually and on<br>behalf of itself and all others similarly situated<br><br>Plaintiffs<br><br>v.<br><br>MENU FOODS MIDWEST<br>CORPORATION, MENU FOODS<br>INCOME FUND, MENU FOODS<br>LIMITED, MENU FOODS INC., MENU FOODS<br>HOLDINGS, INC., THE PROCTER & GAMBLE<br>COMPANY, THE IAMS COMPANY,<br>CHEMNUTRA INC., and JOHN<br>DOES 1 through 100,<br><br>Defendants. | NOTICE OF<br>APPEARANCE<br><br>07-CV-3236 (JSR)<br><br>Electronically Filed |

**COUNSEL:**

      **PLEASE TAKE NOTICE** that Kim M. Catullo, Esq. and the law firm of GIBBONS P.C. hereby appear in the above-captioned action as counsel for Defendants The Procter & Gamble Company and The Iams Company.

Dated:  New York, New York
       April 27, 2007

                                            /s Kim M. Catullo
                                            Kim M. Catullo (KMC2390)
                                            Allison B. Neidoff (AN6716)
                                            **GIBBONS P.C.**
                                            One Pennsylvania Plaza, 37th Floor
                                            New York, New York 10119
                                            (212) 613-2000 (voice)
                                            (212) 333-5980 (fax)
                                            Attorneys for Defendants
                                            Procter & Gamble Company and
                                            The Iams Company