Rakoff, J

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK CASHMAN, and<br>CIRO AIELLO; individually and on<br>behalf of itself and all others similarly situated<br><br>           Plaintiffs<br><br>    v.<br><br>MENU FOODS MIDWEST<br>CORPORATION, MENU FOODS<br>INCOME FUND, MENU FOODS<br>LIMITED, MENU FOODS INC., MENU FOODS<br>HOLDINGS, INC., THE PROCTER & GAMBLE<br>COMPANY, THE IAMS COMPANY,<br>CHEMNUTRA INC., and JOHN<br>DOES 1 through 100,<br><br>           Defendants. | STIPULATION<br>EXTENDING TIME TO<br>ANSWER OR<br>OTHERWISE MOVE<br><br>07-CV-3236 (JSR)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 5-21-07 |

Plaintiffs and Defendants Procter & Gamble and The Iams Company, by their undersigned attorneys, hereby agree that Procter & Gamble and The Iams Company's time to answer or otherwise respond to Plaintiffs' Complaint in this matter is extended up to and including ~~July 30~~ June 26, 2007.

It is further stipulated and agreed that all objections to service of process on Defendants Procter & Gamble and The Iams Company are waived.

_____
Gregory M. Nespole
Martin E. Restituyo
WOLF HALDENSEIN
ADLER FREEMAN & HERZ
270 Madison Ave
New York, New York 10016
(212) 545-4702
*Counsel for Plaintiff*

_____
Allison B. Neidoff (AN6716)
GIBBONS P.C.
One Pennsylvania Plaza
New York, New York 10119
(212) 613-2000

*Counsel for Defendant
Procter & Gamble*

SO ORDERED:

_____
U.S.D.J.

#:193322 v1
106344-59702