IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MARK CASHMAN AND CIRO AIELLO, Individually and On Behalf All Others Similarly Situated, | : : : : | CASE NO. 1:07-cv-03236-JSR |
| Plaintiffs, | : : : | RULE 7.1 CORPORATE DISCLOSURE STATEMENT |
| v. | : : | |
| MENU FOODS MIDWEST CORPORATION, et al., | : : : | |
| Defendants. | : | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants The Procter & Gamble Company ("Procter & Gamble") and The Iams Company ("Iams") state that Procter & Gamble is a publicly traded corporation and Iams is a wholly-owned subsidiary of Procter & Gamble. No other publicly held corporation owns 10% or more of the stock of Procter & Gamble or Iams.

Dated: New York, New York
       June 29, 2007

                                       **GIBBONS P.C.**
                                       One Penn Plaza, 37th Floor
                                       New York, New York 10119
                                       (212) 649-4700
                                     Attorneys for Defendants
                                     The Procter & Gamble Company and
                                     The Iams Company


                                By:    <u>/s Kim M. Catullo</u>
                                       Kim M. Catullo (KC-2390)
                                       Allison B. Neidoff (AN6716)

**CERTIFICATE OF SERVICE**

I certify that on the 29th day of June, 2007, I electronically filed the foregoing Rule 7.1 Corporate Disclosure Statement of The Iams Company and The Procter & Gamble Company with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to the non-CM/ECF participants:

    Gregory Mark Nespole
    Martin E. Restituyo
    WOLF HALDENSTEIN ADLER
    FREEMAN & HERZ LLP
    270 Madison Avenue
    New York, NY  10016

    Counsel for Plaintiffs
    Mark Cashman and Ciro Aiello

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    Carolyn A. Dizon, Esq.
    DLA Piper
    1251 Avenue of the Americans
    New York, NY 10020-1104

    Counsel for the Menu Foods
    Defendants

    Megan S. Wynne, Esq.
    Morris Polich & Purdy
    1055 W. Seventh Street, 24th Floor
    Los Angeles, CA 90017-2503

    Counsel for Defendant
    Chem Nutra Inc.

                            /s Kim M. Catullo
                            Kim M. Catullo