UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X

MARK CASHMAN and CIRO AIELLO;
individually and on behalf of all others
similarly situated,

                                  Plaintiffs,

                  - against -

MENU FOODS MIDWEST CORPORATION; MENU
FOODS INCOME FUND; MENU FOODS LIMITED;
MENU FOODS, INC.; MENU FOODS HOLDINGS, INC.;
THE PROCTER & GAMBLE COMPANY; THE IAMS
COMPANY; CHEMNUTRA, INC.; and John Does 1
through 100,

                                Defendants.

-------------------------------------------------------------------------- X

Case No. 07 CV 3236 (JSR)

ECF CASE

**JOINT NOTICE OF MULTIDISTRICT CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407**

        On June 19, 2007, the Judicial Panel on Multidistrict Litigation (the "JPML") issued a Transfer Order, creating a new multidistrict proceeding entitled *In re Pet Food Products Liability Litigation* (the "MDL"), and assigning the MDL to Judge Noel L. Hillman of the District of New Jersey. (The June 19, 2007 Transfer Order is attached hereto.) On June 28, 2007, the JPML issued the attached Conditional Transfer Order ("CTO-1"), conditionally transferring this case to the MDL, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.

        None of the parties have objected to CTO-1, and therefore this case has now been transferred to the MDL for coordinated proceedings.

Dated:    New York, New York
             July 13, 2007

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

By: _____
Gregory Mark Nespole (GN-6820)
Martin E. Restituyo (MR-0856)
270 Madison Avenue
New York, New York 10016
Tel: (212) 545-4600
Fax: (212) 686-0114

Attorneys for Plaintiffs
Mark Cashman and Ciro Aiello,
individually and on behalf of all
others similarly situated

DLA PIPER US LLP

By: _____
Amy Weinfeld Schulman (AS-3417)
Alexander Shaknes (AS-8954)
Carolyn A. Dizon (CD-9854)
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 335-4500
Fax: (212) 335-4501

Attorneys for Defendants
Menu Foods Midwest Corporation, Menu
Foods Income Fund, Menu Foods Limited,
Menu Foods, Inc., and Menu Foods
Holdings, Inc.

GIBBONS PC

By: _____
Kim M. Catullo (KC-2390)
Allison Neidoff (AN-6716)
One Pennsylvania Plaza, 37 Floor
New York, New York 10119
Tel: (212) 613-2000
Fax: (212) 333-5980

Attorneys for Defendants
The Proctor & Gamble Company and
The Iams Company

MORRISON MAHONEY LLP

By: _____
Brian P. Heermance (BH-6805)
Kevin A. Hickman (KH-2102)
17 State Street, Suite 1110
New York, New York
Tel: (212) 825-1212
Fax: (212) 825-1313

Attorneys for Defendant
Chem Nutra Inc.