06/28/2007 14:48 FAX 2025022888         JPML                                        ☒002

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 28 2007

FILED
CLERK'S OFFICE

## DOCKET NO. 1850

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE PET FOOD PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On June 19, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.2d_ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Noel L. Hillman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Hillman.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of June 19, 2007, and, with the consent of that court, assigned to the Honorable Noel L. Hillman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## SCHEDULE CTO-20 - TAG-ALONG ACTIONS
## DOCKET NO. 1850
## IN RE PET FOOD PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**              **CASE CAPTION**

**ARKANSAS EASTERN**
ARE  4  07-376                     Scott Stacey, et al. v. Nestle SA, et al.

**ARKANSAS WESTERN**
ARW  4  07-4036                    Kirby Cooper v. Menu Foods Income Fund, et al.
ARW  5  07-5065                    Sandra L. Gray, et al. v. Menu Foods, et al.

**CALIFORNIA CENTRAL**
CAC  2  07-1987                    Paul Randolph Johnson, et al. v. Menu Foods, Inc., et al.
CAC  2  07-2060                    Dawn Howe v. Menu Foods Ltd., et al.
CAC  2  07-2253                    Lois Grady, et al. v. Menu Foods Income Fund, et al.
CAC  2  07-2338                    Kelly Finestone v. Menu Foods, Inc., et al.
CAC  2  07-2476                    Richard Chamberlain v. Nestle SA, et al.
CAC  2  07-2779                    Ken Wahl, et al. v. Menu Foods Income Fund, et al.
CAC  2  07-2964                    Jayne Englander, et al. v. Menu Foods Income Fund, et al.
CAC  5  07-398                     Dennis Lee Townsend, et al. v. Menu Foods Ltd., et al.

**CALIFORNIA EASTERN**
CAE  2  07-654                     Cheryl Carver v. Del Monte Foods Co., et al.

**CALIFORNIA NORTHERN**
CAN  3  07-1809                    Sherry Ingles v. Menu Foods, Inc., et al.
CAN  3  07-2665                    Diane Lowery v. Menu Foods Income Fund, et al.

**CALIFORNIA SOUTHERN**
CAS  3  07-705                     Robert Payne, et al. v. Menu Foods, Inc., et al.
CAS  3  07-706                     Diane Swarberg v. Menu Foods Holding, Inc., et al.
CAS  3  07-734                     Hayley Ford, et al. v. Menu Foods Income Fund, et al.
CAS  3  07-951                     John Colliard v. Menu Foods, Inc., et al.

**COLORADO**
CO  1  07-736                      Emily Tompkins v. Menu Foods Midwest Corp., et al.

**FLORIDA MIDDLE**
FLM  2  07-235                     Maria Teresa Ferrarese v. Menu Foods, Inc., et al.
FLM  6  07-803                     George Birney, et al. v. Menu Foods, Inc.

**FLORIDA SOUTHERN**
FLS  1  07-20955                   Stephen Donnelly, et al. v. Menu Foods, Inc., et al.

**IDAHO**
ID  1  07-160                      Larry Klimes, et al. v. Menu Foods

**ILLINOIS NORTHERN**
ILN  1  07-2162                    Heather Amro v. Menu Foods Income Fund, et al.
ILN  1  07-2183                    Gary Bruski v. Menu Foods, Inc., et al.
ILN  1  07-2211                    Raymond Demith, et al. v. Nestle Purina Petcare Co., et al.
ILN  1  07-2237                    Sonja Foxe v. Menu Foods, Inc., et al.

SCHEDULE CTO-1 - TAG-ALONG ACTIONS (MDL-1850)                          PAGE 2 OF 3

**DIST. DIV. C.A. #**              **CASE CAPTION**

MASSACHUSETTS
MA 1 07-10745              Lidia Rodrigues v. Menu Foods, Inc., et al.
MA 1 07-10797              Megan Connerton, et al. v. Menu Foods Midwest Corp., et al.

MAINE
ME 2 07-54                 Mara Brazilian v. Menu Foods Income Fund, et al.

MINNESOTA
MN 0 07-1808               Stephanie Rozman v. Menu Foods Midwest Corp., et al.
MN 0 07-2108               Wendy Krosschell v. Menu Foods Income Fund, et al.

MISSOURI WESTERN
MOW 3 07-5041              Richard Schwinger v. Menu Foods, et al.

MISSISSIPPI SOUTHERN
MSS 5 07-105               Sarah Cavin v. Menu Foods, et al.

NEVADA
NV 2 07-686                Maragaret Picus v. Wal-Mart Stores, Inc., et al.
NV 3 07-159                Marion Streczyn v. Menu Foods, Inc., et al.

NEW YORK SOUTHERN
NYS 1 07-3236              Mark Cashman, et al. v. Menu Foods Midwest Corp., et al.

OHIO NORTHERN
OHN 1 07-1018              Gregory Boehm v. Menu Foods, Inc., et al.

PENNSYLVANIA MIDDLE
PAM 1 07-929               Dixie Keller v. Menu Foods Ltd., et al.

RHODE ISLAND
RI 1 07-115                Carol Brown v. Menu Foods, Inc., et al.

TENNESSEE EASTERN
TNE 3 07-98                Barbara Light v. Menu Foods Income Fund

WASHINGTON WESTERN
WAW 2 07-575               Laura Migliore v. Menu Foods
WAW 2 07-576               Gail Moran v. Menu Foods
WAW 2 07-577               Sheryl Puett v. Menu Foods
WAW 2 07-634               Daniel Ray Reeves v. Menu Foods
WAW 2 07-666               Sheree A. Robinson v. Menu Foods
WAW 2 07-667               Phyllis A. Ullman v. Menu Foods
WAW 2 07-668               Elizabeth Palmer v. Menu Foods
WAW 2 07-669               Jason Labbate v. Menu Foods
WAW 2 07-670               Megan Whitt v. Menu Foods
WAW 2 07-684               Linda Weitz v. Menu Foods
WAW 2 07-685               Michelle Adams v. Menu Foods

### SCHEDULE CTO-1 - TAG-ALONG ACTIONS (MDL-1850)                                  PAGE 3 OF 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| WAW 2 07-686 | Lerae Dineen v. Menu Foods |
| WAW 2 07-687 | Sandra Shingle v. Menu Foods |
| WAW 2 07-688 | Gary Thomas v. Menu Foods |
| WAW 2 07-689 | Deborah A. Mullen v. Menu Foods |
| WAW 2 07-690 | Helen Percy v. Menu Foods |
| WAW 2 07-745 | Paula Monk v. Menu Foods |
| WAW 2 07-746 | Tony Boyer v. Menu Foods |
| WAW 2 07-747 | Norman Brenton v. Menu Foods |
| WAW 2 07-748 | Lynda Nagel v. Menu Foods |
| WAW 2 07-749 | Teresa Eilers v. Menu Foods |
| WAW 3 07-5204 | Jeff Rusiecki v. Menu Foods |
| WAW 3 07-5205 | Nancy Guthrie v. Menu Foods |

**WISCONSIN WESTERN**

| | |
|---|---|
| WIW 3 07-159 | Jacqueline Johnson v. The Procter & Gamble Co., et al. |
| WIW 3 07-248 | Penny J. Roberts, et al. v. Menu Foods Income Fund, et al. |